IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-31239
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

TREVOR ROHAN LAWRENCE,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 01-CR-50014-ALL
--------------------
June 19, 2002

Before HIGGINBOTHAM, DAVIS, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Trevor Rohan Lawrence appeals the 46-month sentence imposed by the district court following his conviction on a guilty plea to a charge of possession with intent to distribute 100 kilograms or more of marijuana.

Lawrence contends that the district court did not make a finding at sentencing on the issue whether his role in the offense was minor or minimal.  The district court overruled Lawrence's objection to the presentence report.  The record reflects that the district court adequately resolved the disputed

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

issue and provided a basis for its resolution.  <u>United States v. Piazza</u>, 959 F.2d 33, 37 (5th Cir. 1992).

Lawrence contends also that the district court's denial of a reduction for a minor or minimal role in the offense was clear error.  We review a district court's finding on a defendant's role in the offense for clear error.  <u>Burton v. United States</u>, 237 F.3d 490, 503 (5th Cir. 2000).

Lawrence was transporting over 476 kilograms of marijuana from California to Ohio.  He admitted knowledge that the truck contained at least 200 pounds of marijuana.  Lawrence's admitted role as a courier does not necessarily make his role in the offense minor or minimal.  <u>See</u> <u>United States v. Rojas</u>, 868 F.2d 1409, 1410 (5th Cir. 1989); <u>United States v. Gallegos</u>, 868 F.2d 711, 713 (5th Cir. 1989).  Accordingly, the judgment of the district court is AFFIRMED.